IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DARRELL NEWTON,**

      Plaintiff,

v.

                                                          Civil Action No. **3:14CV132**

**UNILEVER UNITED STATES, INC.,**

      Defendant.

## MEMORANDUM OPINION

On March 19, 2014, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis.* By Memorandum Order entered on April 14, 2014, the Court directed Plaintiff to pay an initial partial filing fee of $36.07 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis.* Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate order shall issue.

Date: 5/15/14
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge